

**ORDERED in the Southern District of Florida on June 15, 2017.**

*[Signature]*
**Raymond B. Ray, Judge**
**United States Bankruptcy Court**

___

### IN THE UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF FLORIDA
### BROWARD DIVISION

In re:
**Roberto Caraza,**

                    Debtor          /

Case No: **17-14088-RBR**
Chapter **7**

### EX-PARTE MOTION TO WAIVE
### DEBTOR'S APPEARANCE AT 341 MEETING

     **THIS CAUSE** having come before the Court without a hearing upon Debtor's *Exparte* Motion to waive debtor's appearance at the 341 Meeting, [ECFNo.14] of the above captioned case.
Upon consideration of the debtor's motion and the presentation at the hearing, if applicable, the Court **ORDERS** as follows:

1. Motion to waive the debtor's appearance at the 341 Meeting of Creditors is granted.

2. The requirement of an appearance at a meeting of creditors is waived by the debtor, Roberto Caraza.

3. The debtor's non-filing spouse Carmen J. Caraza will appear on his behalf at the Continued Meeting of Creditors.

###

Attorney Robert Sanchez, Esq. is hereby directed to mail a conformed copy of this order to all affected parties